UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW MORRIS                                                                                    PLAINTIFF

V.                            No. 3:23-CV-76-BRW-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

Plaintiff Matthew Morris's motion for leave to proceed *in forma pauperis* (*Doc. 1*) is GRANTED.

Under Rule 3 of the Supplemental Rules for Social Security Actions, which went into effect on December 1, 2022, "[Morris] need not serve a summons and complaint under Civil Rule 4." Fed. R. Civ. P. SUPP SS 3.

The Commissioner must file her answer and a certified copy of the administrative record on or before May 26, 2023. *See* Fed. R. Civ. P. SUPP SS 4.

SO ORDERED, this 28th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE