IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW MORRIS                                                                           PLAINTIFF

V.                              Case No. 3:23-CV-00076-BBM

MARTIN J. O'MALLEY,[1] Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 22nd day of August, 2024.

*/s/ Benecia Moore*
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted as the Defendant.